1
2
3
4
5
6

7
8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10  BRIDGETTE DOUGHERTY, | CASE NO. C23-5982JLR |
| 11              Plaintiff, | ORDER |
| 12         v. | |
| 13  SANOFI US SERVICES INC, et al., | |
| 14              Defendant. | |

15   On October 30, 2023, this matter was transferred to the Western District of

16 Washington from MDL 16-2740 in the Eastern District of Louisiana.  (10/30/23 Transf.

17 Order (Dkt. # 6).)  The Clerk issued a case opening letter instructing counsel for all

18 parties to "associate local counsel in this district" and complete an application for leave to

19 appear *pro hac vice*.  (10/30/23 Letter (Dkt. # 8).)  On January 4, 2024, the court issued

20 an initial scheduling order, which directed the parties to file a combined joint status

21 report ("JSR") and discovery plan no later than February 8, 2024.  (1/4/24 Sched. Order

22 (Dkt. # 10).)

ORDER - 1

To date, counsel for Plaintiff Bridgette Dougherty, John Christopher Elliott, has neither associated local counsel nor applied for leave to appear *pro hac vice*. (*See* JSR (Dkt. # 15) at 9, 11 (identifying Mr. Elliott as counsel for Ms. Dougherty); *see generally* Dkt.) Mr. Elliott therefore has not complied with the instructions set forth in the case opening letter. The court further notes that on February 8, 2024, counsel for Defendants Sanofi-Aventis US LLC and Sanofi US Services Inc. timely filed a JSR. (*See generally* JSR.) Although Mr. Elliott has not yet appeared in this case and is not currently admitted to practice in this district, he apparently participated in preparing the JSR and signed the JSR with the note "*Pro Hac Vice Forthcoming*." (*Id.* at 11.) Again, no such application has been made. (*See generally* Dkt.)

In light of the foregoing, the court ORDERS counsel for Ms. Dougherty to associate local counsel and apply for leave to appear *pro hac vice* by no later than **March 12, 2024**. Failure to timely comply with this order will result in Ms. Dougherty proceeding *pro se* in this matter and Mr. Elliott being sanctioned for the unauthorized practice of law in the Western District of Washington.

The Clerk is DIRECTED to mail a copy of this order to Mr. Elliott. (*See* JSR (Dkt. # 15) at 11 (providing counsel's name and contact information).)

Dated this 1st day of March, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2